**PADUANO & WEINTRAUB LLP**
1251 Avenue of the Americas
Ninth Floor
New York, New York 10020

Telephone: 212-785-9100
Telecopier: 212-785-9099

May 3, 2021

**VIA ECF**

U.S. District Judge Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

> Memo Endorsed: This application is granted. The conference scheduled for May 6, 2021 is adjourned to June 10, 2021 at 9:15 a.m.
>
> SO ORDERED.
>
> _____
> Paul G. Gardephe
> United States District Judge
>
> Dated: May 3, 2021

Re: Melville v. Blue Label Apparel, LLC et al.;
Case No. 1:21-cv-00396-PGG

Your Honor:

We represent Defendants Blue Label Apparel, LLC d/b/a Bornfly d/b/a Oved Apparel Corporation d/b/a Columbidae Coop, LLC, Evan Davis, and Damian Dolly in the above-referenced matter. Pursuant to Your Honor's Individual Rules of Practice, the parties jointly submit this letter to request an adjournment of the Initial Pretrial Conference currently scheduled for May 6, 2021 at 10:15 a.m. On May 26, 2020, the parties are scheduled to participate in the Court-ordered mediation and request this adjournment in the hopes that the parties reach an agreement to settle the matter at the mediation. Accordingly, the parties respectfully request that the Court adjourn the conference for 4 weeks' time.

We thank the Court for its courtesies.

Respectfully submitted,

/s/ Alicia Valenti

Alicia Valenti

cc: Megan Goddard, Esq. (via ECF and electronic mail)