UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SARAH MELVILLE,

                Plaintiff,

      -against-

BLUE LABEL APPAREL, LLC, et al.,

                Defendants.

**ORDER**

21 Civ. 396 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        As discussed at today's conference, the fact discovery deadline set forth in the Case Management Plan (see Dkt. No. 26) is extended by 90 days.  The Court will not, at this time, set a schedule for expert discovery, because it is not clear that expert discovery will be necessary.  The next conference in this matter will take place by telephone **on December 9, 2021 at 10:30 a.m.**[1]

Dated: New York, New York
        September 2, 2021

SO ORDERED.

Paul G. Gardephe
United States District Judge

---

[1] The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642.  The press and public may obtain access to the telephone conference by dialing the same number and using the same access code.  The Court is holding multiple telephone conferences on this date.  The parties should call in at the scheduled time and wait on the line for their case to be called.  At that time, the Court will un-mute the parties' lines.  By December 7, 2021, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court knows which numbers to un-mute.  The email should include the case name and case number in the subject line.