UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SARAH MELVILLE,

Plaintiff,

-against-

BLUE LABEL APPAREL, LLC
d/b/a BORNFLY d/b/a
OVED APPAREL CORPORATION d/b/a
COLUMBIDAE COOP, LLC, EVAN DAVIS,
and DAMIAN DOLLY,

Defendants.

Civil Action No.: 1:21-cv-00396-PGG

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that pursuant to Federal Rules of Civil Procedure 41 (a)(1)(A)(ii), all claims in the within-captioned matter asserted against the Defendants in the above-captioned matter be, and hereby are, dismissed with prejudice and without costs or fees to any party as against each other.

Dated: New York, New York
       February 21, 2022

GODDARD LAW PLLC

By: *Megan S. Goddard*
     Megan S. Goddard, Esq.
39 Broadway, Suite 1540
New York, New York 10006

*Attorneys for Plaintiff
Sarah Melville*

PADUANO & WEINTRAUB LLP

By: *Alicia Valenti/MFS*
     Alicia Valenti, Esq.
1251 Avenue of the Americas, 9 Fl.
New York, New York 10022

*Attorneys for Defendants
Blue Label Apparel, LLC d/b/a Bornfly d/b/a
Oved Apparel Corporation d/b/a Columbidae
Coop, LLC, Evan Davis and Damian Dolly*

SO ORDERED:

_____
Paul G. Gardephe, United States District Judge

1